JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | CV 19-7105 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JJ PROPERTY INVESTMENT LLC; and DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's May 26, 2020 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 26, 2020

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE